UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

D3 PRODUCTIONS, LLC,

    Plaintiff,

    v.

DOES 1 - 18,

    Defendants.

Case No.  C13-0228RSM-RSL

ORDER GRANTING LEAVE FOR PRELIMINARY DISCOVERY

        This matter comes before the Court on plaintiff's "Motion for Leave to Take Discovery Prior to Rule 26(f) Conference." Dkt. # 3.  Because plaintiff cannot identify the Doe defendants without taking discovery from internet service providers regarding each defendant's IP address, plaintiff's motion is GRANTED.

        Plaintiff may initiate discovery, including the issuance of subpoenas under Fed. R. Civ. P. 45, on internet service providers seeking information sufficient to identify each Doe defendant, including his or her name, address, email address, and Media Access Control address.  An internet service provider ("ISP") served with a subpoena authorized by this Order shall give written notice, which includes email notice, and a copy of the subpoena to any affected subscriber(s) as soon as possible after service of the subpoena. The ISP and/or any affected subscriber(s) shall have thirty (30) days from the date of

ORDER GRANTING LEAVE FOR
PRELIMINARY DISCOVERY - 1

1 service of the subpoena on the ISP to object to the subpoena pursuant to Fed. R. Civ. P.
2 45(c)(2)(B).  The ISP shall not disclose defendants' identifying information during the
3 30-day period or if a timely objection is served unless and until the Court orders it to do
4 so.  If an objection is served, the ISP shall preserve any material responsive to the
5 subpoena for a period of six months in order to allow plaintiff to move for an order
6 compelling production under Fed. R. Civ. P. 45(c)(2)(B)(i).  If no objection is served, the
7 ISP shall comply with the subpoena within ten (10) days.

      Plaintiff shall provide a copy of this Order with each subpoena issued pursuant thereto.

      Dated this 25th day of February, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE FOR
PRELIMINARY DISCOVERY - 2